

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2015

No. 04-14-00807-CV

Brad **AERY** et. al.,
Appellants

v.

**HOSKINS, INC.,** et al,
Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-12-0045-CV-A
Starr Boldrick Bauer, Judge Presiding

## O R D E R

The McMullen County Clerk's Request to paper file in this appeal is GRANTED. The clerk's notification of late record is NOTED. The clerk's record is due on January 16, 2015.

_____
Rebeca Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court